**Order entered November 4, 2016**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-16-01029-CV

### IN THE INTEREST OF N.R.N., A Child

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-01-16020**

## ORDER

Before the Court is appellant's October 26, 2016 motion to set aside the August 24, 2016 order by the trial court. Appellant's motion is **DENIED** without prejudice to appellant presenting his argument challenging the trial court's order in an appellant's brief that is in compliance with rule 38 of the Texas Rules of Appellate Procedure.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE